

# United States Court of Appeals
## for the Federal Circuit

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

CHAMBERS OF
JUDGE ARTHUR J. GAJARSA

(202) 633-6570

September 22, 2009

Honorable Bobby R. Baldock
Chair
Committee on Financial Disclosure
Administrative Office of the United
    States Courts
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:  <u>Calendar Year 2008 Filing</u>

Dear Judge Baldock:

In response to your letter of September 1, 2009, which inquired about two of my investments, please accept his letter as a response to and as part of my disclosure statement.

In Part VI, page 5, line 12, the listing of "Ortec Therapeutics Inc.", was added in this report because prior to this year it was below the reporting threshold in income and value.  It is now reportable because of its present value and income.

In Part VII, page 8, line 67, the reason for the absence of the listed "Cellpoint, Inc.," is because it is no longer reportable.  It is presently and will continue to be below the reportable limits of income and value, therefore will no longer be reported.

If you have any questions or need more information, please advise.

Very truly yours,



Circuit Judge

**Gajarsa, Arthur J**

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gajarsa, Arthur J. | 2. Court or Organization  U.S. Court of Appeals for the Federal Circuit | 3. Date of Report  07/24/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Appeals Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address  717 Madison Place, N.W. Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | Rensselaer Institute |
| 2. Board of Visitors | Georgetown University |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 AUG 12 P 3: 13
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | PRESIDENT & DIRECTORS OF GEORGETOWN COLLEGE FOR GEORGETOWN UNIVERSITY - W-2 WAGES | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. UTAH STATE BAR | 02/14 - 02/16/08 | SALT LAKE CITY, UT | SPEAKER | TRANSPORTATION, HOTEL, MEALS |
| 2. ORANGE COUNTY PATENT LAW ASSOCIATION | 03/20 - 03/24/08 | COSTA MESA, CA | SPEAKER | TRANSPORTATION |
| 3. NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 03/28 - 03/29/08 | NEW YORK, NY | HONOR OF THE JUDICIARY | TRANSPORTATION, MEALS, HOTEL |
| 4. INTERNATIONAL JUDIARY ACADEMY | 06/09 -06/22/08 | CHILE & ARGENTINA | SPEAKER | TRANSPORTATION, MEALS, HOTEL |
| 5. THE MENTOR GROUP | 06/30 - 07/03 08 | PRAGUE, CZECH REPUBLIC | SPEAKER | TRANSPORTATION, MEALS, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 05/15/2009 |

| | | | | |
|---|---|---|---|---|
| 6. WORLD RESEARCH INC | 07/29 - 07/30/08 | NEW YORK, NY | SPEAKER | TRANSPORTATION, *HOTEL* |
| 7. HARVARD LAW SCHOOL | 09/09/08 | CAMBRIDGE, MA | CONFERENCE | TRANSPORTATION, *HOTEL*, *MEALS* |
| 8. FEDERAL CIRCUIT BAR ASSOCIATION CHARITABLE & EDUCATIONAL FUND | 11/07 - 11/08/08 | LOS ANGELES, CA | SPEAKER | TRANSPORTATION, MEALS, *HOTEL* |
| 9. GEORGIA BAR ASSOCIATION | 11/11 - 11/16/08 | CABO SAN LUCAS, MEXICO | SPEAKER | TRANSPORTATION, MEALS, *HOTEL* |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COIN COLLECTION | | None | L | W | | | | | |
| 2. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 3. ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 4. MARINER TOWER LP KENNEBUNKP ORT ME | | None | | | Sold | 12/31 | J | | |
| 5. SPECIAL SITUATIONS LIFE SCIENCES FUND LP | B | Interest | M | U | | | | | |
| 6. ORTEC THERAPEUTICS INC | B | Dividend | K | T | | | | | |
| 7. CHASE PACKAGING CORP TEX | | None | J | T | | | | | |
| 8. EAGLEBANKCORP INC (FORMALLY FI DELITY & TRUST FINANCIAL CORP) | | None | J | T | | | | | |
| 9. HOLOGIC INC | | None | J | T | | | | | |
| 10. INSULET CORP | | None | K | T | Buy (add'l) | 02/25 | K | | |
| 11. INSULET CORP | | None | | | Buy (add'l) | 03/05 | K | | |
| 12. INSULET CORP | | None | | | Buy (add'l) | 03/10 | K | | |
| 13. WYETH | | None | | | Sold | 01/30 | M | | |
| 14. WESTERN ASSET MONEY MARKET FUND CLASS A | A | Dividend | | | Sold | VAR | J | | |
| 15. CONSOLIDATED EDISON | C | Dividend | L | T | | | | | |
| 16. FEDERAL REALTY INVESTMENT T RUST | B | Dividend | K | T | | | | | |
| 17. NSTAR | D | Dividend | K | T | Sold (part) | 10/30 | L | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NSTAR | | None | | | Sold (part) | 11/25 | K | E | |
| 19. UDR INC | C | Dividend | J | T | | | | | |
| 20. UNIVERSAL HEALTH REALTY INC OME TRUST | D | Dividend | M | T | | | | | |
| 21. MASSMUTUAL CORPORATE INVEST ORS | D | Dividend | L | T | | | | | |
| 22. MASS MUTUAL PARTICIPATION INVS | D | Dividend | M | T | | | | | |
| 23. EATON VANCE GREATER INDIA FUND | D | Dividend | L | T | | | | | |
| 24. CITIBANK NA BANK DEPOSIT PROGR AM | B | Interest | | | Buy | VAR | J | | |
| 25. CITI CORP TRUST BANK | B | Interest | J | T | | | | | |
| 26. CITIBANK NA SOUTH DAKOTA BNK D EPO PRGM | D | Interest | M | T | | | | | |
| 27. ANADIGICS INC | | None | J | T | Sold (part) | 06/02 | K | A | |
| 28. ANADIGICS INC | | None | | | Buy (add'l) | 10/30 | J | | |
| 29. APPLE INC - LONG CALL EXP 01/17/09 | | None | J | T | | | | | |
| 30. CORNING INC | A | Dividend | K | T | Sold (part) | 02/05 | K | E | |
| 31. EASTMAN KODAK CALLS LT OPTION EXP 1/17/09 | | None | J | T | | | | | |
| 32. ENERGY CONVERSION DEVICES INC | | None | K | T | Sold (part) | 06/02 | L | D | |
| 33. MICROSOFT CORP | A | Dividend | | | Sold | 09/30 | L | | |
| 34. MOTOROLA INC | C | Dividend | | | Sold (part) | 10/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gajarsa, Arthur J. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MOTOROLA INC | | None | | | Sold (part) | 10/06 | L | | |
| 36. NATIONSHEALTH INC | | None | J | T | Buy (add'l) | 01/16 | J | | |
| 37. RUMSON-FAIR HAVEN BK & TRUST CO | | None | K | T | Sold (part) | 06/11 | J | | |
| 38. TGC INDUSTRIES INC | | None | K | T | Sold (part) | 02/25 | J | D | |
| 39. TGC INDUSTRIES INC | | None | | | Sold (part) | 02/26 | J | D | |
| 40. TGC INDUSTRIES INC | | None | | | Sold (part) | 02/29 | K | D | |
| 41. TGC INDUSTRIES INC | | None | | | Sold (part) | 03/26 | J | D | |
| 42. TGC INDUSTRIES INC | | None | | | Sold (part) | 03/27 | J | C | |
| 43. TGC INDUSTRIES INC | | None | | | Sold (part) | 03/28 | J | B | |
| 44. TGC INDUSTRIES INC | | None | | | Sold (part) | 03/31 | J | D | |
| 45. TGC INDUSTRIES INC | | None | | | Sold (part) | 06/11 | J | B | |
| 46. TGC INDUSTRIES INC | | None | | | Sold (part) | 06/13 | L | F | |
| 47. TGC INDUSTRIES INC | | None | | | Sold (part) | 06/17 | L | E | |
| 48. POWERSAHRES EXCHANGE - TRADED FD | | None | J | T | | | | | |
| 49. AIM SELECT REAL ESTATE INCOME FUND | A | Dividend | | | Sold | 05/28 | K | | |
| 50. MARYLAND ST HEALTH & HIGHER EDUCATION | A | Interest | | | Sold | 02/21 | L | | |
| 51. CPI CAPITAL NORTH AMERICA SER A | D | Interest | M | T | Buy (add'l) | 02/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    CPI CAPITAL NORTH AMERICA SER A | | None | | | Buy (add'l) | 11/24 | K | | |
| 53.    CAPITOL PRIVATE OPP LP | B | Interest | M | T | Buy (add'l) | 02/04 | K | | |
| 54.    CAPITOL PRIVATE OPP LP | | None | | | Buy (add'l) | 03/26 | K | | |
| 55.    CAPITOL PRIVATE OPP LP | | None | | | Buy (add'l) | 07/14 | K | | |
| 56.    CAPITOL PRIVATE OPP LP | | None | | | Buy (add'l) | 10/09 | K | | |
| 57.    SMITH BARNEY IRA -20-12 | A | Int./Div. | J | T | | | | | |
| 58.    - CITI BANK NA BANK DEPOSIT PROGRAM | | | | | | | | | |
| 59.    -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM | | | | | | | | | |
| 60.    - BANK OF AMERICA CORP | | | | | | | | | |
| 61.    SMITH BARNEY IRA - 80-16 | E | Int./Div. | O | T | | | | | |
| 62.    - CITIBANK NA BANK DEPOSIT PROGRAM | | | | | | | | | |
| 63.    -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM | | | | | | | | | |
| 64.    - CITICORP TRUST BANK, FSB | | | | | | | | | |
| 65.    -DIANA SHIPPING INC | | | | | Sold (part) | 05/20 | K | C | |
| 66.    - ANADIGICS INC | | | | | - | | | | |
| 67.    -CHASE PACKAGING CORP TEX | | | | | | | | | |
| 68.    - ENERGY CONVERSION DEVICES INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -HEALTH CARE REIT INC | | | | | | | | | |
| 70. - INTERMEC INC | | | | | | | | | |
| 71. - INTRAOP MEDICAL CORP | | | | | | | | | |
| 72. - MOTOROLA INC | | | | | | | | | |
| 73. - RUMSON-FAIR HAVEN BK & TRUST CO | | | | | Sold (part) | 06/11 | J | | |
| 74. - SOHU.COM INC | | | | | Sold (part) | 04/03 | K | E | |
| 75. - TGC INDUSTRIES INC | | | | | | | | | |
| 76. - TIME WARNER INC NEW | | | | | | | | | |
| 77. - UNIVERSAL HEALTH REALTY INCOME TRUST | | | | | | | | | |
| 78. - WACHOVIA CORP 2ND NEW | | | | | Sold | 09/30 | J | | |
| 79. - MASS MUTUAL PARTICIPATION IN VS | | | | | Buy | 10/08 | J | | |
| 80. -CVCI CAYMEN OFF II CLA | | | | | Buy (add'l) | 01/16 | K | | |
| 81. -CVCI CAYMEN OFF II CLA | | | | | Buy (add'l) | 03/26 | J | | |
| 82. -CVCI CAYMEN OFF II CLA | | | | | Buy (add'l) | 10/30 | K | | |
| 83. -COMPANHIA VALE DI RIO ADR DOCE | | | | | Buy | 06/02 | K | | |
| 84. -DISCOVER FINANCIAL SERVICES | | | | | Buy | 04/17 | K | | |
| 85. -DISCOVER FINANCIAL SERVICES | | | | | Buy (add'l) | 04/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -IDEARC INC | | | | | Buy | 02/12 | K | | |
| 87. -IDEARC INC | | | | | Buy (add'l) | 03/19 | J | | |
| 88. -IDEARC INC | | | | | Buy (add'l) | 10/07 | J | | |
| 89. -IDEARC INC | | | | | Buy (add'l) | 11/21 | J | | |
| 90. -INSULET CORP | | | | | Buy | 03/03 | J | | |
| 91. -INSULET CORP | | | | | Buy (add'l) | 03/05 | J | | |
| 92. -LEGG MASON INC | | | | | Buy | 01/16 | L | | |
| 93. -LEGG MASON INC | | | | | Buy (add'l) | 05/21 | K | | |
| 94. -LEGG MASON INC | | | | | Buy (add'l) | 08/01 | K | | |
| 95. -LEGG MASON INC | | | | | Buy (add'l) | 10/22 | J | | |
| 96. -LEGG MASON INC | | | | | Buy (add'l) | 10/28 | J | | |
| 97. -MERRILL LYNCH & CO INC | | | | | Buy | 09/18 | K | | |
| 98. -QWEST COMMUNICATIONS INTL | | | | | Buy | 08/12 | J | | |
| 99. -MASSMUTUAL CORPORATE INVS INC | | | | | Buy | 08/01 | K | | |
| 100. -MASSMUTUAL CORPORATE INVS INC | | | | | Buy (add'l) | 10/06 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

WESTERN ASSET MONEY MARKET FUND CLASS A (CASH EQUIVILANT) (LINE 14) WAS DISPOSED OF IN 2008.

CITIBANK NA BANK DEPOSIT PROGRAM (CASH EQUIVILANT) (LINE 24) WAS DISPOSED OF IN 2008.

CITIBANK NA BANK DEPOSIT PROGRAM (CASH EQUIVILANT) (2007 FDR LINE 69) WAS DISPOSED OF IN 2008 AND DOES NOT APPEAR ON THE 2008 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

8/7/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544